# **EXHIBIT 2**

## Median Time to Trial

| NDCA | WDTX |
|---|---|
| **4.88** Years | **1.93** Years |

## Median Time to Claim Construction

## Milestone Selector

Select a Milestone using the menu below, then select one or more subcategories. Hover over sections of the chart to view additional information.

Choose a Milestone
Termination

Milestone Subcategories
☑ Mature Termination

### Time to Milestone

The chart displays the Years from case filing to the selected Milestone subcategories in cases filed in the selected courts or assigned to the selected judge.

### Median Time to Selected Event(s)

DocketNavigator

Year of Document Filing
2016 to 2020

Patent Technology Centers
☑ 1600 Biotechnology and Organi..
☑ 1700 Chemical and Materials E..
☑ 2400 Networking, Multiplexing, ..
☑ 2800 Semiconductors/Memory, ..
☑ 2900 Design
☑ 3600 Transportation, Constructi..
☑ 3700 Mechanical Engineering, ..
☑ Computers, Communication, an..
☑ Unclassified/Unknown

ANDA Cases
☑ ANDA Cases
☑ Non-ANDA Cases

Measure
○ Average
◉ Median

Calculate Time In:
○ Days
◉ Years

