# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

OCEAN SEMICONDUCTOR LLC          §
                                 §
vs.                              §          NO:  WA:20-CV-01213-ADA
                                 §
RENESAS ELECTRONICS              §
CORPORATION, RENESAS
ELECTRONICS AMERICA, INC.

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

MOTIONS HEARING by Zoom on April 14, 2022  at  10:30 AM.


IT IS SO ORDERED this 13th day of April, 2022.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE